■ EVELYN FERRIS, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent. — Order of the Supreme Court, Kings County (Schneier, J.), dated February 14, 1984, affirmed, without costs or disbursements (see *Pierson v City of New York,* 56 NY2d 950; *Thomas v City of New York,* 102 AD2d 867; *Wheeler v Brady,* 2 Hun 347, 348; 2 Carmody-Wait 2d, NY Prac, § 8:79, pp 98-99; cf. *Matter of Stoute v City of New York,* 91 AD2d 1043, mot for lv to app dsmd 59 NY2d 762). Titone, J. P., Lazer, Mangano and O'Connor, JJ., concur.